In the Matter of the Application of HORTENSE DANAHER, Respondent, for a Peremptory or Alternative Order of Mandamus against Rev. WILLIAM A. COURT-NEY, as President, and Others, as Members of and Constituting the Board of Child

Welfare of the City of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.